FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARCEE RIDER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OKANOGAN COUNTY, a political subdivision of the State of Washington,<br><br>Defendant. | No. 2:23-CV-00020-MKD<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE AND DISMISSING CASE<br><br>**ECF No. 16** |

Before the Court is the parties' Stipulated Motion for Dismissal, ECF No. 16. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing a stipulated motion to dismiss signed by all parties who have been appeared. The parties stipulate and agree that dismissal of this case with prejudice and without an award of costs or fees is appropriate. The instant motion has been signed by counsel for all parties who have appeared.

Accordingly, **IT IS ORDERED:**

ORDER OF DISMISSAL - 1

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' Stipulated Motion for Dismissal, **ECF No. 16**, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

2. Any pending motions are **DENIED as moot**.

3. All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED August 16, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE